IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE JOHNSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES CROCKETT, DISTRICT
JUDGE,
Respondents,
and
SHANONA D. SUTTON; AND CARL S.
KINELL,
Real Parties in Interest.

No. 77766

FILED

JAN 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DENYING PETITION
FOR WRIT OF MANDAMUS OR PROHIBITION*

This original, emergency petition for a writ of mandamus or prohibition challenges a district court order granting equitable relief to real parties in interest.

Having considered the petition and the appendix, we are not satisfied that this court's intervention by way of extraordinary relief is warranted at this time. *See* NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). In particular, it does not appear that the district court has ultimately resolved the financial

19-00928

aspects of the parties' claims, and additional proceedings are scheduled to take place in the district court this week. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. James Crockett, District Judge
Brandon L. Phillips, Attorney At Law, PLLC
Jolley Urga Wirth Woodbury & Little
Eighth District Court Clerk